IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re: | ) | Chapter 11 |
| --- | --- | --- |
| EVERGREEN SOLAR, INC.,[1] | ) ) | Case No. 11-_____ (___) |
| Debtor. | ) ) | |

## LIST OF CREDITORS HOLDING
## 20 LARGEST UNSECURED CLAIMS

Following is a list of the Debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include 1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or 2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Contingent, unliquidated, disputed or subject to set off | Amount of claim (if secured also state value of security) |
| --- | --- | --- | --- | --- |
| US Bank<br>214 North Tryon Street<br>Charlotte, NC 28202 | US Bank<br>Attn: Charles Hodges<br>214 North Tryon Street<br>Charlotte, NC 28202<br>Tel: 800-937-6802 ext 4<br>Fax: 800-934-6802 | 4% Convertible Note | | $208,561,473.33 |

---

[1] The last four digits of the Debtor's federal tax identification number are 2254. The Debtor's mailing address is 138 Bartlett Street, Marlboro, MA 01752.

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Contingent, unliquidated, disputed or subject to set off | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Jiawei Solar (Wuhan)Co., Ltd<br>No.3 Road. No. 1 Liufang Dongyi<br>Wuhan, 170, China 430205 | Jiawei Solar (Wuhan)Co., Ltd<br>No.3 Road. No. 1 Liufang Dongyi<br>Wuhan, 170, China 430205<br>Tel: 86 27 87986 168<br>Fax: 86 27 87986165 | Trade | | $6,450,260.91 |
| US Bank<br>214 North Tryon Street<br>Charlotte, NC 28202 | US Bank<br>Attn: Charles Hodges<br>214 North Tryon Street<br>Charlotte, NC 28202<br>Tel: 800-937-6802 ext 4<br>Fax: 800-934-6802 | 4% Convertible Subordinated Additional Cash Notes | | $4,589,000.00 |
| MassDevelopment<br>160 Federal Street<br>Boston, MA 02110 | MassDevelopment<br>Attn: Anne Marie Dowd<br>160 Federal Street<br>Boston, MA 02110<br>Tel: 800-445-8030<br>Fax: 617-330-2054 | Rent | | $1,549,985.71 |
| Lazard Capital Marketing<br>30 Rockefellar Plaza<br>New York, NY 10020 | Lazard Capital Marketing<br>Attn: Accounts Receivable Manager<br>30 Rockefellar Plaza<br>New York, NY 10020<br>Tel: 212-632-6050<br>Fax: | Professional Services | | $1,465,442.71 |
| OCI Company LTD<br>OCI Bldg., 50 Sogong-Dong,Jung-Gu,<br>Seoul, South Korea 100-718 | OCI Company LTD<br>Attn: Accounts Receivable Manager<br>OCI Bldg., 50 Sogong-Dong,Jung-Gu,<br>Seoul, South Korea 100-718<br>Tel: 82-2-727-9544<br>Fax: 82-2-727-9559 | Trade | | $1,224,000.00 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Contingent, unliquidated, disputed or subject to set off | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| TUV Immission schutz<br>Am Grauen Stein<br>Koln, Germany 51105 | TUV Immission schutz<br>Attn: Herbert Becker<br>Am Grauen Stein<br>Koln, Germany 51105<br>Tel: 49-221-806-2476<br>Email: herbert.becker@de.tuv.com | Trade | | $166,724.72 |
| CH2m Hill Ind. Design & Const Inc.<br>PO Box 201867<br>Dallas, TX 75320-1867 | CH2m Hill Ind. Design & Const Inc.<br>Attn: Adam Youngbar (adam.youngbar@ch2m.com)<br>PO Box 201867<br>Dallas, TX 75320-1867<br>Tel: 503-872-4764<br>Fax: 503-223-1494 | Professional Services | | $75,500.00 |
| Nationalgrid<br>PO Box 1005<br>Processing Center<br>Woburn, MA 01807-0005 | Nationalgrid<br>Attn: Accounts Receivable Manager<br>PO Box 1005<br>Processing Center<br>Woburn, MA 01807-0005<br>Tel: 800-322-3223<br>Fax: 508-357-4730 | Utility | | $63,369.89 |
| Praxair Inc.<br>39 Old Ridgebury Rd<br>Danbury, CT 06810 | Praxair Inc.<br>Attn: Leslie Zagotti (leslie_zagotti@praxair.com)<br>39 Old Ridgebury Rd<br>Danbury, CT 06810<br>Tel: 716-879-2154<br>Fax: 716-879-4738 | Trade | | $47,430.64 |
| Global Telecom & Tech Americas Inc.<br>8484 Westpark Drive<br>Suite 720<br>McLean, VA 22102 | Global Telecom & Tech Americas Inc.<br>Attn: Accounts Receivable Manager (billing@gt-t.net)<br>8484 Westpark Drive<br>Suite 720<br>McLean, VA 22102<br>Tel: 703-442-5584<br>Fax: 703-850-3272 | Utility | | $44,963.91 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Contingent, unliquidated, disputed or subject to set off | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Consumers Energy<br>P.O. Box 30079<br>Attn: Accounts Receivable Manager<br>Lansing, MI 48937-0001 | Consumers Energy<br>Attn: Accounts Receivable Manager<br>P.O. Box 30079<br>Lansing, MI 48937-0001<br>Tel: 800-805-0490<br>Fax: 800-363-4806 | Utility | | $37,746.76 |
| Bruel & Kjaer North America Inc.<br>Attn: Don Campbell<br>2815-A Colonnades Court<br>Norcross, GA 30071 | Bruel & Kjaer North America Inc.<br>Attn: Don Campbell<br>2815-A Colonnades Court<br>Norcross, GA 30071<br>Tel: 954-431-2079<br>Fax: 770-448-3246 | Trade Services | | $36,000.00 |
| Atlantic Plant Maintenance, Inc.<br>PO Box 644030<br>Pittsburgh, PA 15264-4030 | Atlantic Plant Maintenance, Inc.<br>Attn: Accounts Receivable Manager<br>PO Box 644030<br>Pittsburgh, PA 15264-4030<br>Tel: 617-924-6027 x208<br>Fax: 617-924-3888 | Trade Services | | $24,800.00 |
| PC Connection Sales Corporation<br>PO Box 382808<br>Pittsburgh, PA 15250-8808 | PC Connection Sales Corporation<br>Attn: L. Batog<br>(LBatog@pcconnection.com)<br>PO Box 382808<br>Pittsburgh, PA 15250-8808<br>Tel: 800-986-2308<br>Fax: 603-683-0038 | Trade | | $21,003.50 |
| Lightower Fiber Networks<br>80 Central Street<br>Boxborough, MA 01719 | Lightower Fiber Networks<br>Attn: E. Bagley<br>(ebagley@lightower.com)<br>80 Central Street<br>Boxborough, MA 01719<br>Tel: 978-264-6003<br>Fax: 978-264-6133 | Utility | | $16,016.00 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Contingent, unliquidated, disputed or subject to set off | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| NC State University<br>2701 Sullivan Drive<br>Raleigh, NC 27695-7214 | NC State University<br>Attn: Shirley Rich (shirley-rich@ncsu.edu)<br>2701 Sullivan Drive<br>Raleigh, NC 27695-7214<br>Tel: 919-515-2153<br>Fax: 919-515-4693 | Trade Services | | $12,500.00 |
| Capgemini US LLC<br>98836 Collection Center Drive<br>Chicago, IL 60693 | Capgemini US LLC<br>Attn: Rich Frank (rich.frank@capgemini.com)<br>98836 Collection Center Drive<br>Chicago, IL 60693<br>Tel: 305-269-8588<br>Fax: 305-269-1911 | Utility | | $12,000.00 |
| Magnum Construction Company Inc.<br>3500 Centennial Dr.<br>Midland, MI 48642 | Magnum Construction Company Inc.<br>Attn: Accounts Receivable Manager<br>3500 Centennial Dr.<br>Midland, MI 48642<br>Tel: 989-496-3660 x204<br>Email: jamie@magnumconstructioncompany.com | Trade Services | | $11,840.00 |
| CDI Corporation<br>1717 Arch Street 35th Floor<br>Philadelphia, PA 19103-2768 | CDI Corporation<br>Attn: Dave Angelotti<br>1717 Arch Street 35th Floor<br>Philadelphia, PA 19103-2768<br>Tel: 989-835-4504<br>Email: dave.angelotti@cdicorp.com | Trade Services | | $9,069.44 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EVERGREEN SOLAR, INC.,[1] | ) | Case No. 11-_____ (__) |
| | ) | |
| Debtor. | ) | |

## CERTIFICATION CONCERNING LIST OF CREDITORS HOLDING THE 20 LARGEST UNSECURED CLAIMS

The debtor and debtor in possession (the "Debtor") in the above-captioned case hereby certifies under penalty of perjury that the *List of Creditors Holding the 20 Largest Unsecured Claims*, submitted herewith, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *List of Creditors Holding the 20 Largest Unsecured Claims* have been completed. Therefore, the listing does not and should not be deemed to constitute: 1) a waiver of any defense to any listed claims; 2) an acknowledgement of the allowability of any list claims; and/or 3) a waiver of any other right or legal position of the Debtor.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 15, 2011

*/s/ Michael El-Hillow*
Michael El-Hillow
President and Chief Executive Officer

---

[1] The last four digits of the Debtor's federal tax identification number are 2254. The Debtor's mailing address is 138 Bartlett Street, Marlboro, MA 01752.

DOCS_DE:170291.2 24688-001