| SHAREHOLDER | TYPE OF SHARES | NUMBER OF SHARES |
|---|---|---|
| AMERICAN ENTERPRISE INVESTMENT SERVI<br>BRIAN MELLOR, MANAGER<br>719 GRISWOLD STREET<br>SUITE 1700<br>DETROIT, MI 48226 | COMMON DTC PARTICIPANT | 66,257 |
| AMERICAN ENTERPRISE INVESTMENT SERVI<br>REBECCA STRAND<br>2178 AXP FINANCIAL CENTER<br>MINNEAPOLIS, MN 55474 | COMMON DTC PARTICIPANT | 66,230 |
| ANDREW BOTTARI<br>53 PENN STREET<br>LEOMINSTER, MA 01453 | REGISTERED | 250 |
| ANDREW KOENIGSBERG<br>3 SMITH STREET<br>WESTBOROUGH, MA 01581 | REGISTERED | 37 |
| ANN DAVES<br>8110 MINARCIK RD<br>NEW ULM, TX 78950-5002 | REGISTERED | 250 |
| ANNE M SHAW<br>PO BOX 1664<br>CENTER HARBOR, NH 03226-1664 | REGISTERED | 814 |
| ANNE W SHAW<br>C/O ANNE W SHAW<br>ARETE CORPORATION<br>PO BOX 1664<br>CENTER HARBOR, NH 03226-1664 | REGISTERED | 705 |
| ANTOINETTE THIBEAULT<br>285 PRINCETON RD<br>STERLING, MA 01564-2435 | REGISTERED | 131 |
| ARDIAN MASHA<br>36 SHATTUCK ST<br>WORCESTER, MA 01605 | REGISTERED | 84 |
| AST EXCHANGE AGENT #11387<br>EVERGREEN SOLAR INC<br>BROOKLYN, NY 11219 | REGISTERED | 43,813 |
| BABU POLAVARAPU<br>100 G ROPER STREET<br>LOWELL, MA 01852 | REGISTERED | 133 |
| BANK OF AMERICA, NA/GWIM TRUST OPERA<br>CARLA V. BROOKS<br>411 N. AKARD 5TH FL<br>DALLAS, TX 75201 | COMMON DTC PARTICIPANT | 4,323 |
| BARCLAYS CAPITAL INC.<br>JOHN CLIFFORD<br>222 BROADWAY<br>NEW YORK, NY 10038 | COMMON DTC PARTICIPANT | 13,570 |
| BARCLAYS CAPITAL INC./LE<br>GIOVANNA LAURELLA, VICE PRESIDENT<br>70 HUDSON STREET<br>7TH FLOOR<br>JERSEY CITY, NJ 07302 | COMMON DTC PARTICIPANT | 39,829 |
| BEBE KRISTAL &<br>KEEVA KRISTAL JT TEN<br>117 MAPLE ST<br>BANGOR, ME 04401 | REGISTERED | 17 |
| BERNARD BOUDREAU<br>251 WENDELL ROAD<br>NORTHFIELD, MA 01360 | REGISTERED | 84 |

| SHAREHOLDER | TYPE OF SHARES | NUMBER OF SHARES |
|---|---|---|
| BEVERLY STONE<br>10710 EL CAMINO REAL UNIT 30<br>ATASCADERO, CA 93422-5858 | REGISTERED | 17 |
| BISMARK TWUMASI<br>92 OUTLOOK DRIVE<br>APT #32<br>WORCESTER, MA 01602 | REGISTERED | 250 |
| BMO NESBITT BURNS INC.**<br>LOUISE TORANGEAU<br>1 FIRST CANADIAN PLACE 13TH FL<br>P. O. BOX 150<br>TORONTO, ON M5X 1H3<br>CANADA | COMMON DTC PARTICIPANT | 504,397 |
| BNP PARIBAS SECURITIES CORP.<br>MATT PUSCAR, ASSISTANT VICE PRESIDENT<br>555 CROTON ROAD<br>KING OF PRUSSIA, PA 19406 | COMMON DTC PARTICIPANT | 103,844 |
| BNP PARIBAS, NEW YORK BRANCH/BNP PAR<br>GENE BANFI, VICE PRESIDENT<br>525 WASHINGTON BLVD<br>9TH FLOOR<br>JERSEY CITY, NJ 07310 | COMMON DTC PARTICIPANT | 85 |
| BNY CONVERGEX EXECUTION SOLUTIONS LL<br>H. STEVE GRIFFITH, ASSIST. VICE PRESIDENT/CASHIER<br>11486 CORPORATE BLVD<br>SUITE 375<br>ORLANDO, FL 32817 | COMMON DTC PARTICIPANT | 1 |
| BNYMELLON/JW GIDDENS TRUSTEE LIQ LEHMAN BROS<br>ATTN: MICHAEL KANIA, VICE PRESIDENT<br>525 WILLIAM PENN PLACE<br>PITTSBURGH, PA 15259 | COMMON DTC PARTICIPANT | 574,318 |
| BOB ELLISON<br>363 WING PARK BLVD<br>ELGIN, IL 60123-3342 | REGISTERED | 67 |
| BRENDA D HUMPHRIES<br>3514 BIRCHWOOD TER APT 103<br>FREMONT, CA 94536-3673 | REGISTERED | 42 |
| BRIAN D'AMELIO<br>288 TAUNTON STREET<br>WRENTHAM, MA 02093 | REGISTERED | 69 |
| BRIAN MUNSON &<br>DEBORAH J MUNSON JT TEN<br>185 CANAAN MOUNTAIN RD<br>FALLS VILLAGE, CT 06031-1519 | REGISTERED | 239 |
| BROWN BROTHERS HARRIMAN & CO.<br>CARA DURSO, SUPERVISOR<br>525 WASHINGTON BLVD<br>NEWPORT TOWER<br>JERSEY CITY, NJ 07310 | COMMON DTC PARTICIPANT | 3,607,144 |
| BROWN BROTHERS HARRIMAN & CO./ETF<br>SHELDON BROUTMAN, ANALYST<br>140 BROADWAY<br>NEW YORK, NY 10005 | COMMON DTC PARTICIPANT | 341,004 |
| BRYNLEY E LORD<br>29 ELMWOOD STREET<br>MAYNARD, MA 01754 | REGISTERED | 167 |
| C ROBERT ELLISON<br>363 WING PARK BLVD<br>ELGIN, IL 60123 | REGISTERED | 17 |

| SHAREHOLDER | TYPE OF SHARES | NUMBER OF SHARES |
|---|---|---|
| CAJA DE VALORES S.A.<br>MELINA BOBBIO<br>AVE 25 DE MAYO 362<br>C1002ABH<br>BUENOS AIRES<br>ARGENTINA | COMMON DTC PARTICIPANT | 1,300 |
| CANACCORD FINANCIAL LTD.**<br>ALMA GOCA<br>P.O. BOX 10337, PACIFIC CENTER<br>2200-609 GRANVILLE STREET<br>VANCOUVER, BC  V7Y 1H2<br>CANADA | COMMON DTC PARTICIPANT | 3,571 |
| CANH TIEN HA<br>10 MINTHORNE STREET<br>WORCESTER, MA  01603 | REGISTERED | 250 |
| CARLOS DELGADO<br>21 MAVERICK STREET<br>FITCHBURG, MA  01420 | REGISTERED | 225 |
| CARMEN RODRIGUEZ<br>378 ROLLSTONE ST<br>FITCHBURG, MA  01420 | REGISTERED | 66 |
| CDS CLEARING AND DEPOSITORY SERVICES<br>LORETTA VERELLI<br>600 BOUL.DE MAISONNEUVE<br>OUEST BUREAU 210<br>MONTREAL, QC  H3A 3J2<br>CANADA | COMMON DTC PARTICIPANT | 6,786 |
| CEDE & CO (FAST ACCOUNT)<br>PO BOX 20<br>BOWLING GREEN STATION<br>NEW YORK, NY  10004 | REGISTERED | 41,289,770 |
| CHARLES SCHWAB & CO INC<br>215 FREMONT STREET<br>SAN FRANCISCO, CA  94105 | REGISTERED | 154 |
| CHARLES SCHWAB & CO., INC.<br>VALERIE BELL, MANAGER<br>2423 E LINCOLN DRIVE<br>PHXPEAK-01-1B571A<br>PHOENIZ, AZ  85016 | COMMON DTC PARTICIPANT | 2,347,316 |
| CHRIS GOGUEN<br>C/O CHRISTINE M MITCHELL<br>4 BOND STREET<br>LEICESTER, MA  01524 | REGISTERED | 9 |
| CHRISTINE M GOGUEN<br>C/O CHRISTINE M MITCHELL<br>4 BOND STREET<br>LEICESTER, MA  01524 | REGISTERED | 75 |
| CHRISTOPHER COURTNEY<br>SUNSET HOUSE N 416<br>240 SEAVIEW COURT<br>MARCO ISLAND, FL  34145 | REGISTERED | 17 |
| CIBC WORLD MARKETS INC.**<br>NICASTRO JERRY, DIRECTOR<br>161 BAY ST 10TH FL<br>TORONTO, ON  M5J 258<br>CANADA | COMMON DTC PARTICIPANT | 102,094 |
| CITIBANK, N.A.<br>SANDRA HERNANDEZ<br>3800 CITIBANK CENTER B3-12<br>TAMPA, FL  33610 | COMMON DTC PARTICIPANT | 1,966,672 |

| SHAREHOLDER | TYPE OF SHARES | NUMBER OF SHARES |
|---|---|---|
| CITIBANK/THE CITIGROUP PRIVATE BANK/<br>OLGA MOLINA, ASSISTANT VICE PRESIDENT<br>111 WALL STREET<br>6TH FLOOR<br>NEW YORK, NY 10005 | COMMON DTC PARTICIPANT | 1 |
| CITIGROUP GLOBAL MARKETS INC.<br>JOHN BARRY<br>700 RED BROOK BLVD<br>SUITE 300<br>OWINGS MILLS, MD 21117 | COMMON DTC PARTICIPANT | 230,972 |
| CLAUDE GERMANI<br>28 BROOKSIDE AVE<br>NEWTONVILLE, MA 02460-1530 | REGISTERED | 34 |
| CLEARSTREAM BANKING AG<br>JOCHEN RABE<br>NAUE BOERSENSTR. 1<br>60487 FRANKFURT<br>GERMANY<br>GERMANY | COMMON DTC PARTICIPANT | 885,637 |
| CLEARVIEW CORRESPONDENT SERVICES, LL<br>LINDA MILLER, VICE PRESIDENT<br>8006 DISCOVERY DRIVE<br>RICHMOND, VA 23229 | COMMON DTC PARTICIPANT | 7,659 |
| CREDIT SUISSE SECURITIES (USA) LLC<br>ANTHONY MILO, VICE PRESIDENT<br>7033 LOUIS STEVENS DRIVE<br>GLOBAL PROXY SERVICES<br>RESEARCH TRIANGLNCP27709 | COMMON DTC PARTICIPANT | 53,886 |
| CREST INTERNATIONAL NOMINEES LIMITED<br>NATHAN ASHWORTH<br>33 CANNON STREET<br>LONDON UK EC4M 5SB<br>UNITED KINGDOM | COMMON DTC PARTICIPANT | 10,051 |
| CRISTIN ASHMANKAS<br>15 NANTUCKET TRAIL<br>SANDWICH, MA 02563-2616 | REGISTERED | 1 |
| CROWELL, WEEDON & CO.<br>GEORGE LEWIS<br>624 S. GRAND AVENUE<br>25TH FLOOR<br>LOS ANGELES, CA 90017 | COMMON DTC PARTICIPANT | 38,072 |
| CURTIS FORDYCE &<br>SANDRA FORDYCE JT TEN<br>281 MAIN ST<br>ELLSWORTH, ME 04605 | REGISTERED | 9 |
| D. A. DAVIDSON & CO.<br>RITA LINSKEY<br>P.O. BOX 5015<br>GREAT FALLS, MT 59403 | COMMON DTC PARTICIPANT | 9,019 |
| DAIWA SECURITIES TRUST COMPANY<br>TERESA P. BORJA<br>ONE EVERTRUST PLAZA<br>JERSEY CITY, NJ 07302 | COMMON DTC PARTICIPANT | 499 |
| DANA DODD<br>31 MEMORIAL DRIVE<br>ORANGE, MA 01364 | REGISTERED | 51 |
| DANA PELLGRINO<br>7 HAWTHORNE ROAD<br>HOLDEN, MA 01520 | REGISTERED | 273 |

| SHAREHOLDER | TYPE OF SHARES | NUMBER OF SHARES |
|---|---|---|
| DARREN CHAULK<br>42 MERCURY DRIVE<br>SHREWSBURY, MA 01545 | REGISTERED | 84 |
| DARSHANA T PATEL<br>26 KENMAR DR UNIT # 247<br>BILLERICA, MA 01821 | REGISTERED | 215 |
| DAVENPORT & COMPANY LLC<br>KIM NIEDING<br>901 EAST CARY ST<br>11TH FLOOR<br>RICHMOND, VA 23219 | COMMON DTC PARTICIPANT | 1,389 |
| DAVID BOTT C/F<br>KEVIN BOTT UTMA/TX<br>3115 POWHATAN CT<br>SOUTHLAKE, TX 76092 | REGISTERED | 1 |
| DAVID LERNER ASSOCIATES, INC.<br>GERHARDT FRANK<br>477 JERICHO TURNPIKE<br>PO BOX 9006<br>SYOSSET, NY 11791-9006 | COMMON DTC PARTICIPANT | 167 |
| DAVID MICHAEL<br>266 WOODLAND ROAD<br>AUBURNDALE, MA 02466 | REGISTERED | 167 |
| DAVID PANAGIOTES<br>37 WESTBROOK DRIVE<br>NEW IPSWICH, NH 03071 | REGISTERED | 18 |
| DEBORAH L LINDGREN<br>575 RESEVOIR ST<br>HOLDEN, MA 01520-1238 | REGISTERED | 67 |
| DESJARDINS SECURITIES INC.**<br>MARTINE BLAIS<br>2 COMPLEXE DESJARDINS, E. TWR 15TH F<br>PO BOX 394 DESJARDINS STATION<br>MONTREAL, QC H5B 1J2<br>CANADA | COMMON DTC PARTICIPANT | 23,178 |
| DEUTSCHE BANK SECURITIES INC.<br>JAMAAL GRIER<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | COMMON DTC PARTICIPANT | 23,254 |
| DKWS/EQUITY FINANCE<br>ADDRESS UNAVAILABLE AT TIME OF FILING | COMMON DTC PARTICIPANT | 6,233 |
| DONALD E THOMPSON<br>5 WOODS FORT COURT<br>TROY, MO 63379-1901 | REGISTERED | 167 |
| DUAYNE S BOOTHE CUST<br>TYLER S BOOTHE<br>UNDER THE IL UNIF TRAN MIN ACT<br>1201 ONEIDA ST<br>JOLIET, IL 60435-6843 | REGISTERED | 3 |
| DUNCAN PETER CHISHOLM<br>43 CALLENDER TERRACE<br>5032 NEW ZEALAND | REGISTERED | 478 |
| DUNDEE SECURITIES CORPORATION**<br>MARY ADAMO, SUPERVISOR<br>1 ADELAIDE STREET EAST<br>SUITE 2700<br>TORONTO, ON M5C 2V9<br>CANADA | COMMON DTC PARTICIPANT | 200 |

| SHAREHOLDER | TYPE OF SHARES | NUMBER OF SHARES |
|---|---|---|
| E*TRADE CLEARING LLC<br>BRIAN LEMARGIE<br>10951 WHITE ROCK ROAD<br>RANCHO CORDOVA, CA 95670 | COMMON DTC PARTICIPANT | 2,903,112 |
| EARL C MORRIS &<br>MATTIE MORRIS JT TEN<br>94 OAK ST<br>NORTON, MA 02766-1110 | REGISTERED | 17 |
| EDWARD D. JONES & CO.<br>ERIN HAGAN BICKERS<br>700 MARYVILLE CENTER DRIVE<br>ST LOUIS, MO 63141 | COMMON DTC PARTICIPANT | 120,654 |
| EDWARD JONES/CDS**<br>KENNIQUE MEALS<br>700 MARYVILLE CENTRE<br>ST LOUIS, MO 63141 | COMMON DTC PARTICIPANT | 731 |
| ELECTRONIC TRANSACTION CLEARING, INC<br>JANE BUHAIN, CONTROLLER<br>660 S. FIGUEROA STREET<br>SUITE 1450<br>LOS ANGELES, CA 90017 | COMMON DTC PARTICIPANT | 30,200 |
| FIDELITY CLEARING CANADA ULC/CDS**<br>STEVE ADAMS, OPERATIONS MANAGER<br>401 BAY STREET<br>SUITE 2910<br>TORONTO, ON M5H 2Y4<br>CANADA | COMMON DTC PARTICIPANT | 333 |
| FIDUCIARY SSB<br>STEPHEN M. MORAN<br>225 FRANKLIN STREET<br>MAO-3<br>BOSTON, MA 02110 | COMMON DTC PARTICIPANT | 1,150 |
| FIDUCIARY TRUST COMPANY OF BOSTON<br>BRAD FINNIGAN<br>175 FEDERAL STREET<br>BOSTON, MA 02110 | COMMON DTC PARTICIPANT | 112 |
| FIFTH THIRD BANK<br>LANCE WELLS, MANAGER<br>5001 KINGSLEY DRIVE<br>MAIL DROP 1MOB2D<br>CINCINNATI, OH 45227 | COMMON DTC PARTICIPANT | 728 |
| FIRST CLEARING, LLC<br>KRISTIE DANIEL, MANAGER<br>ONE NORTH JEFFERSON STREET<br>ST. LOUIS, MO 63103 | COMMON DTC PARTICIPANT | 778,849 |
| FIRST SOUTHWEST COMPANY<br>JAMES FURINO<br>1700 PACIFIC AVENUE<br>SUITE 500<br>DALLAS, TX 75201 | COMMON DTC PARTICIPANT | 5,712 |
| FOLIOFN INVESTMENTS, INC.<br>ASHLEY THEOBALD, MANAGER<br>8180 GREENSBORO DRIVE<br>8TH FLOOR<br>MCLEAN, VA 22102 | COMMON DTC PARTICIPANT | 38,589 |
| FRANCIS M OBERHOLTZER<br>14 ABBEY RD<br>MERRIMACK, NH 03054 | REGISTERED | 462 |
| FRANCIS RAYMOND<br>18 CARRIAGE DRIVE<br>CHELMSFORD, MA 01824 | REGISTERED | 167 |

| SHAREHOLDER | TYPE OF SHARES | NUMBER OF SHARES |
|---|---|---|
| GARY J CHEVALIER<br>250 SUNNY HILL ROAD<br>LUNENBURG, MA 01462-2044 | REGISTERED | 448 |
| GARY M. STANDRING<br>31 BULL RUN<br>HOLDEN, MA 01520-2636 | REGISTERED | 9 |
| GARY STANDRING<br>31 BULL RUN<br>HOLDEN, MA 01520-2636 | REGISTERED | 147 |
| GAYLE TOTTON<br>4500 73RD ST<br>SACRAMENTO, CA 95820 | REGISTERED | 1 |
| GERALD BALLENTINE<br>195 BLAKE CORNER ROAD<br>PHILLIPSTON, MA 01331 | REGISTERED | 84 |
| GIUSEPPE DAURELIO<br>17 VARSITY PLACE<br>OXFORD OX1 4TZ<br>UNITED KINGDOM | REGISTERED | 9,167 |
| GIVEASHARE.COM<br>2537 E VIA DEL ARBOLES<br>GILBERT, AZ 85298 | REGISTERED | 1 |
| GLOBAL SECURITIES CORPORATION/CDS**<br>JOYA BABA, VICE PRESIDENT<br>3 BENTALL CENTRE<br>595 BURRARD STREET, 11TH FL<br>VANCOUVER, BC V7X 1C<br>CANADA | COMMON DTC PARTICIPANT | 7,800 |
| GMP SECURITIES L.P.**<br>TERRY YOUNG<br>145 KING STREET WEST<br>SUITE 1100<br>TORONTO, ON M5H 1J8<br>CANADA | COMMON DTC PARTICIPANT | 168 |
| GOLDMAN SACHS INTERNATIONAL<br>VANESSA CAMARDO<br>30 HUDSON STREET<br>PROXY DEPARTMENT<br>JERSEY CITY, NJ 07302 | COMMON DTC PARTICIPANT | 30 |
| GOLDMAN, SACHS & CO.<br>VANESSA CAMARDO<br>30 HUDSON STREET<br>PROXY DEPARTMENT<br>JERSEY CITY, NJ 07302 | COMMON DTC PARTICIPANT | 92,072 |
| GREGORY SPEICHER<br>75 SANDY POND ROAD<br>#31<br>AYER, MA 01432 | REGISTERED | 197 |
| H ROBERT GERBERICH<br>4814 AUGUSTA DRIVE<br>CORPUS CHRISTI, TX 78413-2713 | REGISTERED | 3 |
| H.C. DENISON CO.<br>MARGE WENTZEL<br>618 N. 7TH STREET<br>SHEBOYGAN, WI 53081 | COMMON DTC PARTICIPANT | 198 |
| HEATHER PAQUETTE<br>146 ROOSEVELT STREET<br>FITCHBURG, MA 01420 | REGISTERED | 156 |

| SHAREHOLDER | TYPE OF SHARES | NUMBER OF SHARES |
|---|---|---|
| HSBC BANK USA, N.A.-IPB<br>WILLIAM HEISE<br>452 5TH AVENUE<br>2ND FLOOR<br>NEW YORK, NY 10018 | COMMON DTC PARTICIPANT | 2,333 |
| HSBC SECURITIES (USA) INC.<br>LEONARD BELVEDERE, VICE PRESIDENT<br>452 FIFTH AVENUE<br>11TH FLOOR<br>NEW YORK, NY 10018 | COMMON DTC PARTICIPANT | 8,950 |
| INSTINET, LLC<br>LAUREN HAMMOND, DIRECTOR<br>875 THIRD AVENUE<br>18TH FLOOR<br>NEW YORK, NY 10022 | COMMON DTC PARTICIPANT | 160,951 |
| INTERACTIVE BROKERS RETAIL EQUITY CL<br>KARIN MCCARTHY<br>1 PICKWICK PLAZA<br>GREENWICH, CT 06830 | COMMON DTC PARTICIPANT | 179,879 |
| J.J.B. HILLIARD, W.L. LYONS, LLC<br>KEVIN MEDICO<br>C/O ADP PROXY SERVICES<br>51 MERCEDES WAY<br>EDGEWOOD, NY 11717 | COMMON DTC PARTICIPANT | 7,666 |
| J.P. MORGAN CLEARING CORP.<br>VINCENT MARZELLA<br>3 CHASE METROTECH CENTER<br>PROXY DEPT./NY1-H034<br>BROOKLYN, NY 11245-0001 | COMMON DTC PARTICIPANT | 85,920 |
| JACQUELINE L WEINBERG<br>9223 BELL FALL COURT<br>COLUMBIA, MD 21045-4004 | REGISTERED | 255 |
| JACQUELINE WEINBERG<br>9223 BELLFALL COURT<br>COLUMBIA, MD 21045-4004 | REGISTERED | 190 |
| JAMES BALL<br>684 WEST REMUS ROAD<br>MT PLEASANT, MI 48858 | REGISTERED | 84 |
| JAMES DRAPEAU<br>11 CALVIN STREET<br>AYER, MA 01432 | REGISTERED | 334 |
| JAMES LONG<br>24 INDIAN HILL ROAD<br>WORCESTER, MA 01606 | REGISTERED | 84 |
| JAMES RENNIE<br>230 BAILEY STREET<br>LAWRENCE, MA 01843 | REGISTERED | 187 |
| JAN L WILSON &<br>CAROLYN A WILSON JT TEN<br>16744 ROCKER RD<br>ROUGH & READY, CA 95975-9729 | REGISTERED | 20 |
| JANA KRAUSE CUST<br>BENJAMIN KRAUSE UTMA/MA<br>9 EVERGREEN LN<br>FISKDALE, MA 01518 | REGISTERED | 1 |
| JANET N GLASSMAN<br>81 BOUDOIN AVE<br>WALTHAM, MA 02451-3114 | REGISTERED | 69 |

| SHAREHOLDER | TYPE OF SHARES | NUMBER OF SHARES |
|---|---|---|
| JANNEY MONTGOMERY SCOTT LLC<br>REGINA LUTZ<br>1801 MARKET STREET<br>9TH FLOOR<br>PHILADEPHIA, PA 19103-1675 | COMMON DTC PARTICIPANT | 40,090 |
| JASON LEWIS<br>4236 FOUR MILE ROAD<br>BAY CITY, MI 48706 | REGISTERED | 84 |
| JEAN-MARIE PARENT<br>276 MAIN STREET<br>LEOMINSTER, MA 01453 | REGISTERED | 238 |
| JEFFERIES & COMPANY, INC.<br>CHARLES ERRIGO, VICE PRESIDENT<br>HARBORSIDE FINANCIAL CENTER<br>705 PLAZA 3,<br>JERSEY CITY, NJ 07311 | COMMON DTC PARTICIPANT | 83 |
| JEFFREY S MCKILLIP<br>1558 CO RTE 19<br>BEAVER DAMS, NY 14812 | REGISTERED | 9 |
| JERELYN HOLMES JORDAN<br>677 CRESTHILL AVE NE<br>ATLANTA, GA 30306 | REGISTERED | 42 |
| JEREMY BERALDI<br>330 BALDWIN HILL ROAD<br>PHILLIPSON, MA 01331 | REGISTERED | 250 |
| JOEL DAVIDSON<br>11013 WESTWOOD BLVD<br>CULVER CITY, CA 90230-4956 | REGISTERED | 129 |
| JOEL MONACO<br>67 ELMWOOD ROAD<br>LUNENBURG, MA 01462 | REGISTERED | 120 |
| JOHN PATRICK-DUGGAN<br>190 CHASE DRIVE<br>LUNENBURG, MA 01462 | REGISTERED | 167 |
| JONAS ROGERS<br>7106 WHEELER RD<br>RICHMOND, VA 23229 | REGISTERED | 2 |
| JOSEPH E BAIER &<br>LISA D BAIER &<br>ERIC J BAIER JT TEN<br>722 BOWEN ST<br>SAINT LOUIS, MO 63111-2334 | REGISTERED | 34 |
| JPMORGAN CHASE BANK NA/DBTC AMERICAS<br>DIANE MCGOWAN, VICE PRESIDENT<br>4 NEW YORK PLAZA<br>11TH FLOOR<br>NEW YORK, NY 10004 | COMMON DTC PARTICIPANT | 7,617 |
| JPMORGAN CHASE BANK, N.A./CUSTODIAL<br>DARRIN NELSON, SUPERVISOR<br>14201 DALLAS PARKWAY<br>DALLAS, TX 75254 | COMMON DTC PARTICIPANT | 11,800 |
| JPMORGAN CHASE BANK, NATIONAL ASSOCI<br>SANJAY GHULIANI, ASSISTANT VICE PRESIDENT<br>PARADIGM, B WING , FLOOR 6<br>MINDSPACE, MALAD (W)<br>MUMBAI 400 064 I00000<br>INDIA | COMMON DTC PARTICIPANT | 80,441 |

| SHAREHOLDER | TYPE OF SHARES | NUMBER OF SHARES |
|---|---|---|
| JPMORGAN CHASE BANK/CORRESPONDENCE C<br>SANJAY GHULIANI, ASSISTANT VICE PRESIDENT<br>PARADIGM, B WING, FLOOR 6<br>MINDSPACE, MALAD (W)<br>MUMBAI 400 064 I00000<br>INDIA | COMMON DTC PARTICIPANT | 10,067 |
| JPMORGAN CHASE BANK/IA<br>SANJAY GHULIANI, ASSISTANT VICE PRESIDENT<br>PARADIGM, B WING, FLOOR 6<br>MINDSPACE, MALAD (W)<br>MUMBAI 400 064 I00000<br>INDIA | COMMON DTC PARTICIPANT | 98,529 |
| JULIE SIVANTHONG<br>22 ORAN STREET<br>WORCESTER, MA  01605 | REGISTERED | 36 |
| KANWALJIT MANGAT<br>426 GREAT ROAD<br>APT #13<br>ACTON, MA  01720 | REGISTERED | 186 |
| KAREN ARSENAULT<br>100 SPRING ST<br>MARLBORO, MA  01752-4529 | REGISTERED | 53 |
| KATHERINE M BRANDT<br>BOX 294<br>STORY, WY  82842-0294 | REGISTERED | 9 |
| KELLY HICKEY<br>2023 QUAKER VILLAGE RD<br>MIDDLEBURY, VT  05753-9641 | REGISTERED | 4 |
| KIMBERLY PETTIE<br>78 PELLEY STREET<br>GARDNER, MA  01440 | REGISTERED | 63 |
| KOONCE SECURITIES, INC.<br>G. SOHAN<br>6550 ROCK SPRING DR.<br>SUITE 600<br>BETHESDA, MD  20817 | COMMON DTC PARTICIPANT | 166 |
| KRISTINA LOGE<br>TRIFTSTR 49<br>13353 BERLIN<br>GERMANY | REGISTERED | 251 |
| LAURIE N WITHERELL<br>58 LITTLE TUR ROAD<br>SHIRLEY, MA  01464 | REGISTERED | 965 |
| LAZARD CAPITAL MARKETS LLC<br>RICHARD WEISBERG, VICE PRESIDENT<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY  10020 | COMMON DTC PARTICIPANT | 2,798 |
| LEGENT CLEARING LLC<br>ISSUER SERVICES<br>C/O MEDIANT COMMUNICATION<br>8000 REGENCY PARKWAY<br>CARY, NC  27518 | COMMON DTC PARTICIPANT | 30,493 |
| LEK SECURITIES CORPORATION<br>DANIEL HANUKA<br>140 BROADWAY<br>29TH FLOOR<br>NEW YORK, NY  10005 | COMMON DTC PARTICIPANT | 8,522 |
| LESLIE M ROMAN<br>2537 E VIA DEL ARBOLES<br>GILBERT, AZ  85298 | REGISTERED | 23 |

| SHAREHOLDER | TYPE OF SHARES | NUMBER OF SHARES |
|---|---|---|
| LIEU NGO<br>15 WESTOVER RD<br>WORCESTER, MA  01606-3018 | REGISTERED | 13 |
| LINCOLN TRUST COMPANY<br>BRETT DAVIS, OPERATIONS MANAGER<br>717 17TH STREET<br>SUITE 21<br>DENVER, CO  80202 | COMMON DTC PARTICIPANT | 34 |
| LINDA D MOFFETT<br>BOX 317<br>SMITHVILLE, OH  44677-0317 | REGISTERED | 17 |
| LINDA F NICHOLAS &<br>ROGER P NICHOLAS TR 08/15/08<br>LINDA F NICHOLAS TRUST<br>295 MURPHY GULCH<br>BANNER, WY  82832 | REGISTERED | 17 |
| LISA A CHASE CUST<br>ISABELLE LI MEI CHASE<br>UNDER THE ME UNIF TRAN MIN ACT<br>26 CLIFF AVE<br>CAPE ELIZABETH, ME  04107-5011 | REGISTERED | 1 |
| LISA A CHASE CUST<br>LAUREN K CHASE<br>UNDER THE ME UNIF TRAN MIN ACT<br>26 CLIFF AVE<br>CAPE ELIZABETH, ME  04107-5011 | REGISTERED | 1 |
| LISA A CHASE CUST<br>LYDIA E CHASE<br>UNDER THE ME UNIF TRAN MIN ACT<br>26 CLIFF AVE<br>CAPE ELIZABETH, ME  04107-5011 | REGISTERED | 1 |
| LISA A CHASE CUST<br>SAMUEL B CHASE<br>UNDER THE ME UNIF TRAN MIN ACT<br>26 CLIFF AVE<br>CAPE ELIZABETH, ME  04107-5011 | REGISTERED | 1 |
| LISA A CHASE CUST<br>SOPHIE L Q CHASE<br>UNDER THE ME UNIF TRAN MIN ACT<br>26 CLIFF AVE<br>CAPE ELIZABETH, ME  04107-5011 | REGISTERED | 1 |
| LOGE KRISTINA<br>TRIFTSTR 49<br>13353 BERLIN<br>GERMANY | REGISTERED | 84 |
| LOUISE AUGER<br>131 MALBURN STREET<br>LEOMINSTER, MA  01453 | REGISTERED | 70 |
| LPL FINANCIAL CORPORATION<br>ROSANN TANNER<br>9785 TOWNE CTR DRIVE<br>SAN DIEGO, CA  92121-1968 | COMMON DTC PARTICIPANT | 103,262 |
| M&I MARSHALL & ILSLEY BANK<br>ISSUER SERVICES<br>C/O ADP PROXY SERVICES<br>51 MERCEDES WAY<br>EDGEWOOD, NY  11717 | COMMON DTC PARTICIPANT | 615 |

| SHAREHOLDER | TYPE OF SHARES | NUMBER OF SHARES |
|---|---|---|
| MACKIE RESEARCH CAPITAL CORPORATION/<br>TONY RODRIGUES, SUPERVISOR<br>199 BAY STREET<br>COMMERCE COURT WEST, SUITE 4600<br>TORONTO, ON  M5L 1G2<br>CANADA | COMMON DTC PARTICIPANT | 482 |
| MACQUARIE PRIVATE WEALTH INC./CDS**<br>GARY TYSON, SUPERVISOR<br>26 WELLINGTON STREET E<br>SUITE #300<br>TORONTO, ON  M5E 1S2<br>CANADA | COMMON DTC PARTICIPANT | 334 |
| MADELINE S WILSON CUST<br>KATHERINE S MCNALLY<br>UNDER THE CT UNIF GIFT MIN ACT<br>24 CEDAR LAKE RD<br>DEEP RIVER, CT  06417 | REGISTERED | 4 |
| MANISHA PATEL<br>15 RICHARDSON RD<br>HUDSON, MA  01749 | REGISTERED | 358 |
| MANULIFE SECURITIES INCORPORATED/CDS<br>JOSEPH CHAU, MANAGER<br>85 RICHMOND STREET WEST<br>TORONTO, ON<br>CANADA | COMMON DTC PARTICIPANT | 25 |
| MARIE RAHMBERG<br>21 MINUTEMAN WAY<br>SHREWSBURY, MA  01545-2229 | REGISTERED | 387 |
| MARK GUILLOTTE<br>16 ROLLING RIDGE ROAD<br>HOLDEN, MA  01520 | REGISTERED | 250 |
| MARK SAUNDERS<br>26 BLYNMAN AVENUE APT B<br>GLOUCESTER, MA  01930 | REGISTERED | 250 |
| MARSCO INVESTMENT CORPORATION<br>KAREN JACOBSEN, CHIEF EXECUTIVE OFFICER<br>101 EISENHOWER PARKWAY<br>ROSELAND, NJ  07068 | COMMON DTC PARTICIPANT | 840 |
| MARSHALL WOLF<br>BOX 7059<br>CHURCH ST STATION<br>NEW YORK, NY  10008 | REGISTERED | 1 |
| MARY E GILLIES<br>7124 GREENBRIAR ST<br>OCEAN SPRINGS, MS  39564 | REGISTERED | 17 |
| MARY HANOKA POD<br>BEVERLY HANOKA SPOOL<br>213 FELTON AVE<br>HIGHLAND PARK, NJ  08904 | REGISTERED | 200 |
| MARYLOU PRASISTO<br>7 NEWSTAR RIDGE ROAD<br>SPARTA, NJ  07871 | REGISTERED | 84 |
| MATHEW ASHMANKAS CUST<br>BRIAN ASHMANKAS<br>UNDER THE MA UNIF TRAN MIN ACT<br>5 MILLBURY TER<br>MILLBURY, MA  01527-3609 | REGISTERED | 1 |

| SHAREHOLDER | TYPE OF SHARES | NUMBER OF SHARES |
|---|---|---|
| MATHEW ASHMANKAS CUST<br>NICOLE ASHMANKAS<br>UNDER THE MA UNIF TRAN MIN ACT<br>5 MILLBURY TER<br>MILLBURY, MA 01527-3609 | REGISTERED | 1 |
| MAUREEN MUSCARELLO<br>9115 RIDGELAND AVE<br>OAK LAWN, IL 60453 | REGISTERED | 1 |
| MAURICE J PAQUETTE &<br>PAULINE J PAQUETTE JT TEN<br>2 STRATTON HILL RD<br>WESTFORD, MA 01886-1923 | REGISTERED | 117 |
| MERRILL LYNCH, PIERCE FENNER & SMITH<br>VERONICA E. O'NEILL<br>101 HUDSON STREET<br>8TH FLOOR<br>JERSEY CITY, NJ 07302 | COMMON DTC PARTICIPANT | 964,919 |
| MERRILL LYNCH, PIERCE, FENNER & SMIT<br>VERONICA E. O'NEILL<br>101 HUDSON ST 9TH FL<br>JERSEY CITY, NJ 07302 | COMMON DTC PARTICIPANT | 74,460 |
| MERRIMACK VALLEY INVESTMENT, INC.<br>DAN SULLIVAN<br>109 MERRIMUCK ST<br>HAVERHILL, MA 01830 | COMMON DTC PARTICIPANT | 84 |
| MESIROW FINANCIAL, INC.<br>GAIL CORTESE<br>353 NORTH CLARK STREET<br>CHICAGO, IL 60654 | COMMON DTC PARTICIPANT | 3,049 |
| MF GLOBAL INC./FIXED INCOME<br>JIM ARENELLA<br>717 5TH AVENUE<br>NEW YORK, NY 10022 | COMMON DTC PARTICIPANT | 333 |
| MF GLOBAL INC./MFL<br>JAMES ARENELLA, MANAGER<br>717 FIFTH AVENUE<br>NEW YORK, NY 10022 | COMMON DTC PARTICIPANT | 10 |
| MICHAEL ASHMANKAS<br>15 NANTUCKET TRAIL<br>SANDWICH, MA 02563-2616 | REGISTERED | 1 |
| MICHAEL CROSSMAN<br>36 PINE RIDGE DRIVE<br>AYER, MA 01432 | REGISTERED | 456 |
| MICHAEL CURTIS<br>9 JEAN STREET<br>FRAMINGHAM, MA 01701 | REGISTERED | 208 |
| MICHAEL DONALD BARTOS<br>619 S SAGINAW RD<br>MIDLAND, MI 48640-4610197 | REGISTERED | 23 |
| MICHAEL J HOFFMAN<br>502 E WALNUT ST<br>KUTZTOWN, PA 19530 | REGISTERED | 17 |
| MILTON ALVARADO<br>279 PEARL STREET<br>FITCHBURG, MA 01420 | REGISTERED | 334 |
| MORGAN KEEGAN & COMPANY, INC.<br>CAROL ANTLEY<br>50 NORTH FRONT STREET<br>MEMPHIS, TN 38103 | COMMON DTC PARTICIPANT | 19,316 |

| SHAREHOLDER | TYPE OF SHARES | NUMBER OF SHARES |
|---|---|---|
| MORGAN STANLEY & CO. INCORPORATED<br>MICHELLE FORD<br>901 SOUTH BOND ST<br>6TH FL<br>BALTIMORE, MD 21231 | COMMON DTC PARTICIPANT | 147,681 |
| MORGAN STANLEY & CO. INCORPORATED/RE<br>JOHN STAHLMAN, VICE PRESIDENT<br>HARBORSIDE FINANCIAL CENTER<br>PLAZA 3, 4TH FLOOR<br>JERSEY CITY, NJ 07311 | COMMON DTC PARTICIPANT | 361,437 |
| NANCI'S ANIMAL RIGHTS<br>FOUNDATION INC<br>2831 N OCEAN BLVD #1101 NORTH<br>FORT LAUDERDALE, FL 33308 | REGISTERED | 3,334 |
| NATIONAL FINANCIAL SERVICES LLC<br>LOU TREZZA<br>200 LIBERTY STREET<br>NEW YORK CITY, NY 10281 | COMMON DTC PARTICIPANT | 3,374,746 |
| NAYNA PATEL<br>293 TURNPIKE RD APT 003<br>WESTBOROUGH, MA 01581 | REGISTERED | 250 |
| NBCN INC.**<br>DANIEL NTAP<br>1010 RUE DE LA GAUCHETIERE ST WEST<br>SUITE 1925<br>MONTREAL, QC H3B 5J2<br>CANADA | COMMON DTC PARTICIPANT | 76,577 |
| NEWEDGE USA, LLC/EQUITY CLEARING DIV<br>JAY SPITZER, MANAGER<br>630 FIFTH AVENUE<br>SUITE 500<br>NEW YORK, NY 10111 | COMMON DTC PARTICIPANT | 1,666 |
| NOMURA SECURITIES INTERNATIONAL, INC./ AFFILIATE PB<br>ADDRESS UNAVAILABLE AT TIME OF FILING | COMMON DTC PARTICIPANT | 37,477 |
| ODLUM BROWN LIMITED/CDS**<br>RON RAK, SUPERVISOR<br>250 HOWE STREET<br>SUITE 1100<br>VANCOUVER, BC V6C 3S<br>CANADA | COMMON DTC PARTICIPANT | 467 |
| ONE SHARE OF STOCK INC<br>ATTN DENNIS LIN<br>ACCT N 000011093<br>3450 3RD ST STE 1D<br>SAN FRANCISCO, CA 94124-1444 | REGISTERED | 8 |
| OPPENHEIMER & CO. INC.<br>OSCAR MAZARIO<br>125 BROAD STREET<br>15TH FLOOR<br>NEW YORK, NY 10004 | COMMON DTC PARTICIPANT | 188,401 |
| OPTIONSXPRESS, INC.<br>SCOTT JOHNSON<br>311 W. MONROE STREET<br>CHICAGO, IL 60606 | COMMON DTC PARTICIPANT | 93,332 |
| PATRICIA KIRK<br>301 S MAIN ST<br>DU BOIS, PA 15801-1579 | REGISTERED | 17 |
| PATRICIA MCCAFFREY<br>75 W END AVE C21J<br>NEW YORK, NY 10023-7866 | REGISTERED | 25 |

| SHAREHOLDER | TYPE OF SHARES | NUMBER OF SHARES |
|---|---|---|
| PENSON FINANCIAL SERVICES CANADA INC<br>ROBERT MCPHEARSON, MANAGER<br>330 BAY ST SUITE 711<br>TORONTO, ON  M5H 2S8<br>CANADA | COMMON DTC PARTICIPANT | 101,571 |
| PENSON FINANCIAL SERVICES, INC.<br>BRIAN DARBY, DIRECTOR<br>1700 PACIFIC AVENUE<br>SUITE 1400<br>DALLAS, TX  75201 | COMMON DTC PARTICIPANT | 803,193 |
| PERSHING LLC<br>HELEN BIALER, VICE PRESIDENT<br>SECURITIES CORPORATION<br>1 PERSHING PLAZA<br>JERSEY CITY, NJ  07399 | COMMON DTC PARTICIPANT | 4,901,760 |
| PETER G HOSFORD<br>125 HAYWOOD DRIVE<br>EAST BROOKFIELD D, MA  01515 | REGISTERED | 84 |
| PI FINANCIAL CORP./CDS**<br>ROB MCNEIL<br>666 BURRARD STREET<br>SUITE 1900<br>VANCOUVER, BC  V6C 3N<br>CANADA | COMMON DTC PARTICIPANT | 616 |
| PIPER JAFFRAY & CO.<br>JOHN O'BRIEN, VICE PRESIDENT<br>800 NICOLLET MALL<br>J2012087, RECON CTL<br>MINNEAPOLIS, MN  55402 | COMMON DTC PARTICIPANT | 167 |
| PNC BANK, NATIONAL ASSOCIATION<br>ROB HALLOWELL, SUPERVISOR<br>8800 TINICUM BLVDT<br>MS F6-F266-02-2<br>PHILADELPHIA, PA  19153 | COMMON DTC PARTICIPANT | 2,671 |
| PRIMEVEST FINANCIAL SERVICES, INC.<br>ANGELA HANDELAND, SUPERVISOR<br>400 1ST STREET SOUTH<br>SUITE 300<br>ST. CLOUD, MN  56301 | COMMON DTC PARTICIPANT | 4,607 |
| QTRADE SECURITIES INC./CDS**<br>JOSEPH CHAU<br>SUITE 1920 ONE BENTALL CENTRE<br>505 BURRARD STREET<br>VANCOUVER, BC  V7X 1M6<br>CANADA | COMMON DTC PARTICIPANT | 10,454 |
| QUINTIN C SULZLE &<br>HELEN L SULZLE JT TEN<br>12283 DEERFIELD RD<br>BOX 43<br>HILL CITY, SD  57745-0043 | REGISTERED | 17 |
| RANDY OTCHERE<br>220 E MOUNTAIN STREET<br>APT #296<br>WORCESTER, MA  01606 | REGISTERED | 84 |
| RAYMOND CAISSIE<br>31 AMES PLACE<br>MARLBORO, MA  01752 | REGISTERED | 194 |
| RAYMOND HAYDEN<br>18 WHEATON DRIVE<br>ATTLEBORO, MA  02703 | REGISTERED | 250 |

| SHAREHOLDER | TYPE OF SHARES | NUMBER OF SHARES |
|---|---|---|
| RAYMOND JAMES & ASSOCIATES, INC.<br>MIKE DILLARD<br>880 CARILION PARKWAY<br>P.O. BOX 12749<br>ST. PETERSBURG, FL 33716 | COMMON DTC PARTICIPANT | 222,984 |
| RAYMOND JAMES LTD./CDS**<br>AARON STEINBERG, VICE PRESIDENT<br>333 SEYMOUR STREET<br>SUITE 800<br>VANCOUVER, BC V6B 5E<br>CANADA | COMMON DTC PARTICIPANT | 3,596 |
| RBC CAPITAL MARKETS CORPORATION<br>STEVE SCHAFER SR, ASSOCIATE<br>510 MARQUETTE AVE SOUTH<br>MINNEAPOLIS, MN 55402 | COMMON DTC PARTICIPANT | 367,316 |
| RBC DOMINION SECURITIES INC./CDS**<br>KAREN OLIVERES<br>200 BAY STREET, 6TH FLOOR<br>ROYAL BANK PLAZA NORTH TOWER<br>TORONTO, ON M5J 2W7<br>CANADA | COMMON DTC PARTICIPANT | 229,159 |
| RBS SECURITIES INC. / EQUITIES<br>ISSUER SERVICES<br>C/O ADP PROXY SERVICES<br>51 MERCEDES WAY<br>EDGEWOOD, NY 11717 | COMMON DTC PARTICIPANT | 530 |
| RELIANCE TRUST COMPANY<br>LARRAINE LEWIS<br>3300 NORTHEAST EXPRESSWAY BLDG 1<br>SUITE 200<br>ATLANTA, GA 30341 | COMMON DTC PARTICIPANT | 834 |
| RELIANCE TRUST COMPANY/SWMS2<br>LARRAINE LEWIS<br>7650 MAGNA DRIVE<br>BELLEVILLE, IL 62223 | COMMON DTC PARTICIPANT | 250 |
| RICHARD B SOLLANEK &<br>CAROL S SOLLANEK JT TEN<br>60 SCENIC CT<br>CHESHIRE, CT 06410 | REGISTERED | 1 |
| RICHARD BROWN<br>1009 MAPLE ST<br>PALMER, MA 01069 | REGISTERED | 292 |
| RICHARD C BROWN<br>1009 MAPLE STREET<br>PALMER, MA 01069 | REGISTERED | 20 |
| RICHARD D MARTIN JR &<br>LINDA K MARTIN JT TEN<br>12429 ELIZABETH DR<br>OKLAHOMA CITY, OK 73130-4933296 | REGISTERED | 100 |
| RICHARD G CHAMBERLAIN<br>676 # 12 FARM RD<br>MARLBORO, MA 01752 | REGISTERED | 779 |
| RICHARDS, MERRILL & PETERSON, INC.<br>THOMAS MCDONALD<br>ONE SKYWALK, US BK BLDG<br>422 WEST RIVERSIDE AVE<br>SPOKANE, WA 99201-0367 | COMMON DTC PARTICIPANT | 150 |
| RIDGE CLEARING & OUTSOURCING SOLUTIO<br>KATHY GUILLOU<br>55 WATER STREET<br>32ND FLOOR<br>NEW YORK, NY 10041 | COMMON DTC PARTICIPANT | 171,191 |

| SHAREHOLDER | TYPE OF SHARES | NUMBER OF SHARES |
|---|---|---|
| RIDGE CLEARING & OUTSOURCING SOLUTIO<br>PAUL JOSEPH, DIRECTOR<br>1981 MARCUS AVENUE<br>SUITE 100<br>LAKE SUCCESS, NY 11042 | COMMON DTC PARTICIPANT | 51 |
| ROBERT G SEWELL<br>1311 DELAWARE AVE SW S-440<br>WASHINGTON, DC 20024-3971 | REGISTERED | 200 |
| ROBERT P MAINE<br>155 ESCOHEAG HILL RD<br>WEST GREENWICH, RI 02817 | REGISTERED | 182 |
| ROBERT R GAGNE<br>4A MYSTIC LANE<br>MILFORD, MA 01757-3121 | REGISTERED | 669 |
| ROBERT W BAGLEY CUST<br>FBO COURTNEY LYNN BAGLEY<br>UNDER THE NC UNIF TRAN MIN ACT<br>UNTIL AGE 21<br>351 MONTGOMERY SHORES DR<br>MOUNT GILEAD, NC 27306-8812 | REGISTERED | 17 |
| ROBERT W. BAIRD & CO. INCORPORATED<br>SARA R. BLANKENHEIM<br>777 E. WISCONSIN AVENUE<br>MILWAUKEE, WI 53202 | COMMON DTC PARTICIPANT | 13,227 |
| RONALD J MACIEJOWSKI &<br>MARY-JANE MACIEJOWSKI JT TEN<br>55 DONNA TER<br>TAUNTON, MA 02780-2824 | REGISTERED | 17 |
| SANDRA BREWER<br>26 AMHERST RD<br>BARNEGAT LIGHT, NJ 08006 | REGISTERED | 1 |
| SANFORD C. BERNSTEIN & CO., LLC<br>CARMINE CARRELLA, DIRECTOR<br>ONE NORTH LEXINGTON AVE<br>WHITE PLAINS, NY 10601 | COMMON DTC PARTICIPANT | 3,189 |
| SARA DHULLIPALLA<br>4 JONATHAN AVE<br>MILLBURY, MA 01527 | REGISTERED | 167 |
| SCOTIA CAPITAL INC.**<br>NORMITA RAMIREZ<br>P.O. BOX 4085<br>STATION "A"<br>TORONTO, ON M5W 2X6<br>CANADA | COMMON DTC PARTICIPANT | 149,345 |
| SCOTTRADE, INC.<br>ISSUER SERVICES<br>C/O ADP PROXY SERVICES<br>51 MERCEDES WAY<br>EDGEWOOD, NY 11717 | COMMON DTC PARTICIPANT | 4,366,714 |
| SEI PRIVATE TRUST COMPANY<br>DAN CWALINA<br>ONE FREEDOM VALLEY DRIVE<br>OAKS, PA 19456 | COMMON DTC PARTICIPANT | 984 |
| SG AMERICAS SECURITIES, LLC<br>PETE SCAVONE<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | COMMON DTC PARTICIPANT | 88 |
| SHERYL ELLIOTT<br>7 CHISHOLM WAY<br>WILMINGTON, MA 01887-6250 | REGISTERED | 167 |

| SHAREHOLDER | TYPE OF SHARES | NUMBER OF SHARES |
|---|---|---|
| SMITH, MOORE & CO.<br>BARBARA KRAFT<br>400 LOCUST STREET<br>ST. LOUIS, MO 63102 | COMMON DTC PARTICIPANT | 200 |
| SOUTHWEST SECURITIES, INC.<br>CHRISTINA FINZEN<br>1201 ELM STREET<br>SUITE 3700<br>DALLAS, TX 75270 | COMMON DTC PARTICIPANT | 32,423 |
| SSB - BLACKROCK INSTITUTIONAL TRUST<br>TRINA ESTREMERA<br>1776 HERITAGE DRIVE<br>NORTH QUINCY, MA 02171 | COMMON DTC PARTICIPANT | 52 |
| SSB - TRUST CUSTODY<br>ED CHANEY, VICE PRESIDENT<br>1200 CROWN COLONY DRIVE<br>QUINCY, MA 02169 | COMMON DTC PARTICIPANT | 2,260 |
| STATE STREET BANK AND TRUST COMPANY<br>KAREN JOHNDROW<br>1776 HERITAGE DR.<br>NORTH QUINCY, MA 02171 | COMMON DTC PARTICIPANT | 69,759 |
| STATE STREET BANK AND TRUST COMPANY/<br>MICHAEL KANIA, VICE PRESIDENT<br>525 WILLIAM PENN PLACE<br>PITTSBURGH, PA 15259 | COMMON DTC PARTICIPANT | 40,632 |
| STEPHENS INC.<br>LINDA THOMPSON, ASSISTANT VICE PRESIDENT<br>111 CENTER STREET<br>4TH FLOOR<br>LITTLE ROCK, AR 72201-4402 | COMMON DTC PARTICIPANT | 1,467 |
| STERNE, AGEE & LEACH, INC.<br>MARIBETH WILLIAMS<br>813 SHADES CREEK PARKWAY<br>SUITE 100-B<br>BIRMINGHAM, AL 35242 | COMMON DTC PARTICIPANT | 15,456 |
| STEVEN T NEWBY<br>ACCOMMODATION ACCOUNT<br>12716 SPLIT CREEK COURT<br>NORTH POTOMAC, MD 20878-5900 | REGISTERED | 1 |
| STEVEN VALIOS<br>36 HAMMOND ST<br>LEOMINSTER, MA 01453-2826 | REGISTERED | 462 |
| STIFEL, NICOLAUS & COMPANY, INCORPOR<br>CHRIS WIEGAND<br>501 N. BROADWAY 7TH FL<br>STOCK RECORD DEPT<br>ST. LOUIS, MO 63102 | COMMON DTC PARTICIPANT | 68,616 |
| STOCKCROSS FINANCIAL SERVICES, INC.<br>ELEANOR PIMENTEL, MANAGER<br>77 SUMMER STREET<br>2ND FLOOR<br>BOSTON, MA 02210 | COMMON DTC PARTICIPANT | 7,263 |
| SUJAY KAUSHAL<br>8206 CANNING TER<br>GREENBELT, MD 20770 | REGISTERED | 1 |
| SUNTRUST BANK<br>JULIA COLANTUONO<br>P. O. BOX 105504<br>CENTER 3141<br>ATLANTA, GA 30348-5504 | COMMON DTC PARTICIPANT | 43 |

| SHAREHOLDER | TYPE OF SHARES | NUMBER OF SHARES |
|---|---|---|
| SURINDER KAUR LONGIA<br>12 GILES PARK<br>SOMERVILLE, MA 02143 | REGISTERED | 57 |
| SUSAN SIMMS<br>12510 LILLIAN HIGHWAY<br>PENSACOLA, FL 32506 | REGISTERED | 1 |
| TD AMERITRADE CLEARING, INC.<br>ISSUER SERVICES<br>C/O ADP PROXY SERVICES<br>51 MERCEDES WAY<br>EDGEWOOD, NY 11717 | COMMON DTC PARTICIPANT | 5,510,765 |
| TD WATERHOUSE CANADA INC.**<br>BEVERLY ADAMS<br>60 NORTH WINDPLACE<br>SCARBOROUGH, ON M1S 5L4<br>CANADA | COMMON DTC PARTICIPANT | 613,065 |
| TEJASKUMAR PATEL<br>26 KENMAR DRIVE<br>APT #247<br>BILLERICA, MA 01821 | REGISTERED | 167 |
| TERENCE MULHALL<br>59 AVALON ROAD<br>MILTON, MA 02186 | REGISTERED | 84 |
| TERESITA B GIROUX<br>225 ELM STREET<br>MARLBORO, MA 01752-1160 | REGISTERED | 433 |
| THE BANK OF NEW YORK MELLON<br>MICHAEL KANIA, VICE PRESIDENT<br>525 WILLIAM PENN PLACE<br>PITTSBURGH, PA 15259 | COMMON DTC PARTICIPANT | 965,010 |
| THE BANK OF NEW YORK MELLON/CACEIS B<br>MICHAEL KANIA, VICE PRESIDENT<br>525 WILLIAM PENN PLACE<br>PITTSBURGH, PA 15259 | COMMON DTC PARTICIPANT | 508 |
| THE BANK OF NEW YORK MELLON/CHARLES<br>MICHAEL KANIA, VICE PRESIDENT<br>525 WILLIAM PENN PLACE<br>PITTSBURGH, PA 15259 | COMMON DTC PARTICIPANT | 384 |
| THE BANK OF NEW YORK MELLON/COMMERZB<br>MICHAEL KANIA, VICE PRESIDENT<br>525 WILLIAM PENN PLACE<br>PITTSBUGH, PA 15259 | COMMON DTC PARTICIPANT | 4,642 |
| THE BANK OF NEW YORK MELLON/MELLON T<br>MELISSA TARASOVICH, ASSISTANT VICE PRESIDENT<br>BNY MELLON ASSET SERVICING<br>525 WILLIAM PENN PLACE, STE. 0400<br>PITTSBURGH, PA 15259 | COMMON DTC PARTICIPANT | 6,426 |
| THE BANK OF NEW YORK MELLON/MID CAP<br>MICHAEL KANIA, VICE PRESIDENT<br>525 WILLIAM PENN PLACE<br>PITTSBURGH, PA 15259 | COMMON DTC PARTICIPANT | 68,651 |
| THE NORTHERN TRUST COMPANY<br>PATRICK KRULL, MANAGER<br>801 S CANAL STREET<br>ATTN: CAPITAL STRUCTURES-C1N<br>CHICAGO, IL 60607 | COMMON DTC PARTICIPANT | 34,766 |
| THEODORE RAYMOND COX JR<br>358 MAIN ST APT A<br>MILFORD, MA 01757-2515 | REGISTERED | 17 |

| SHAREHOLDER | TYPE OF SHARES | NUMBER OF SHARES |
|---|---|---|
| THOMAS J KOELLHOFFER JR<br>1527 CHECTNUT RIDGE DR<br>UPPER BLACK EDDY, PA  18972-9707 | REGISTERED | 84 |
| THOMAS STEPHENS<br>60 DIANA DR<br>SCOTTSVILLE, NY  14546 | REGISTERED | 1 |
| TIMBER HILL LLC<br>KARIN MCCARTHY<br>1 PICKWICK PLAZA<br>GREENWICH, CT  06830 | COMMON DTC PARTICIPANT | 112 |
| TIMOTHY C HILLMAN CUST<br>CAMERON HILLMAN<br>UNDER THE CA UNIF TRAN MIN ACT<br>BOX 2776<br>SPRING VALLEY, CA  91979-2776 | REGISTERED | 4 |
| TIMOTHY L DANIELSON<br>2808 W GRACE ST<br>RICHMOND, VA  23221 | REGISTERED | 9 |
| TODD E DANIELSON<br>40490 ANCHOR WAY<br>STEAMBOAT SPRINGS, CO  80487 | REGISTERED | 9 |
| TRADE STATION SECURITIES INC<br>ADDRESS UNAVAILABLE AT TIME OF FILING | COMMON DTC PARTICIPANT | 105,387 |
| TROY M FREY<br>1541 RANDOW RD<br>YORK, PA  17403-3063 | REGISTERED | 34 |
| U.S. BANCORP INVESTMENTS, INC.<br>KATHY DABRUZZI, SUPERVISOR<br>60 LIVINGSTON AVE<br>EP-MN-WN2H<br>ST. PAUL, MN  55107-1419 | COMMON DTC PARTICIPANT | 8,242 |
| U.S. BANK N.A.<br>TIM RANDALL<br>ATTN: SECURITIES CONTROL<br>1555 N. RIVERCENTER DR STE 302<br>MILWAUKEE, WI  53212 | COMMON DTC PARTICIPANT | 5,181 |
| UBS AG STAMFORD BRANCH/AS CUSTODIAN<br>MICHAEL MARCIANO<br>677 WASHINGTON BLVD<br>9TH FLOOR<br>STAMFORD, CT  06901 | COMMON DTC PARTICIPANT | 12 |
| UBS FINANCIAL SERVICES INC.<br>JANE FLOOD, VICE PRESIDENT<br>1200 HARBOR BLVD<br>WEEHAWKEN, NJ  07086 | COMMON DTC PARTICIPANT | 488,602 |
| UBS SECURITIES LLC<br>MICHAEL MARCIANO<br>480 WASHINGTON BLVD<br>JERSEY CITY, NJ  07310 | COMMON DTC PARTICIPANT | 88,654 |
| UBS SECURITIES LLC/SECURITIES LENDIN<br>JOSEPH SOMMA<br>677 WASHINGTON BLVD<br>STAMFORD, CT  06902 | COMMON DTC PARTICIPANT | 3 |
| UMB BANK, NATIONAL ASSOCIATION<br>KAREN LIGHTFOOT, VICE PRESIDENT<br>928 GRAND BLVD<br>MAILSTOP 1010404<br>KANSAS CITY, MO  64106 | COMMON DTC PARTICIPANT | 1 |

| SHAREHOLDER | TYPE OF SHARES | NUMBER OF SHARES |
|---|---|---|
| UNION BANK & TRUST COMPANY<br>TAMMY ENGLE<br>C/O PROXYTRUST<br>PO BOX 11126<br>HAUPPAUGE, NY 11788-0934 | COMMON DTC PARTICIPANT | 34 |
| UNION BANK OF CALIFORNIA, N.A.<br>MARIA BRAGGE, SUPERVISOR<br>350 CALIFORNIN STREET<br>8TH FLOOR<br>SAN FRANCISCO, CA 94104 | COMMON DTC PARTICIPANT | 584 |
| USAA INVESTMENT MANAGEMENT COMPANY<br>ISSUER SERVICES<br>C/O ADP PROXY SERVICES<br>51 MERCEDES WAY<br>EDGEWOOD, NY 11717 | COMMON DTC PARTICIPANT | 246,848 |
| VANGUARD MARKETING CORPORATION<br>KEVIN SCULLY, MANAGER<br>100 VANGUARD BOULEVARD<br>MALVERN, PA 19355 | COMMON DTC PARTICIPANT | 247,195 |
| VICTOR M GUILLOT &<br>LESLIE E GUILLOT JT TEN<br>BOX 220<br>AVERY, CA 95224-0220 | REGISTERED | 1,667 |
| VINCE HOANG<br>5 HIBISCUS DRIVE<br>WORCESTER, MA 01605 | REGISTERED | 334 |
| VIRGINIA BENNETT<br>29 ASCADILLA RD<br>WORCESTER, MA 01606-1506 | REGISTERED | 141 |
| VISION FINANCIAL MARKETS LLC<br>HOWARD BRUNN, VICE PRESIDENT<br>4 HIGH RIDGE PARK<br>SUITE 100<br>STAMFORD, CT 06905 | COMMON DTC PARTICIPANT | 138 |
| W SCOTT DELICATE<br>1790 PERENNIAL LANE<br>GOODE, VA 24556-2916 | REGISTERED | 84 |
| WEDBUSH MORGAN SECURITIES INC.<br>ALAN FERREIRA<br>1000 WILSHIRE BLVD<br>LOS ANGELES, CA 90017 | COMMON DTC PARTICIPANT | 90,789 |
| WELLS FARGO BANK, NATIONAL ASSOCIATI<br>LACEY PETERSON, TRUST OPERATIONS OFFICER<br>733 MARQUETTE AVENUE<br>MAC N9306-057 5TH FL<br>MINNEAPOLIS, MN 55479 | COMMON DTC PARTICIPANT | 3,232 |
| WILLIAM BLAIR & COMPANY, L.L.C.<br>MARIUSZ NIEDBALEC<br>222 WEST ADAMS STREET<br>CHICAGO, IL 60606 | COMMON DTC PARTICIPANT | 192 |
| WILLIAM E JONES<br>44 SCHOOL ST<br>NORTHBOROUGH, MA 01532-2620 | REGISTERED | 113 |
| WILLIAM F KAPUSCINSKI &<br>ROBERT KAPUSCINSKI<br>JT TEN<br>159 B WINCHESTER DR<br>STREAMWOOD, IL 60107-1386 | REGISTERED | 25 |
| WILLIAM FINNERTY<br>51 WILDFLOWER ROAD<br>LEOMINSTER, MA 01453 | REGISTERED | 84 |

| SHAREHOLDER | TYPE OF SHARES | NUMBER OF SHARES |
|---|---|---|
| WILMINGTON TRUST COMPANY<br>CAROLYN NELSON<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890-2212 | COMMON DTC PARTICIPANT | 1,846 |
| WILSON-DAVIS & CO., INC.<br>BILL WALKER<br>236 SOUTH MAIN STREET<br>SALT LAKE CITY, UT 84101 | COMMON DTC PARTICIPANT | 7 |
| YI YING W FU<br>42 PHILLIPS AVE<br>SHREWSBURY, MA 01545 | REGISTERED | 304 |
| YIXIN XU<br>416 GROVE STREET<br>UNIT B-3<br>NEWTON, MA 02462 | REGISTERED | 334 |
| ZIV INVESTMENT CO.<br>JAMES M. GRIEGEL<br>141 W. JACKSON BLVD.<br>CHICAGO, IL 60604 | COMMON DTC PARTICIPANT | 384 |

Total: 311

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

In re:                  )    Chapter 11

                       )

EVERGREEN SOLAR, INC.,[1]      )    Case No. 11-_____ (___)

                       )

           Debtor.        )

## CERTIFICATION CONCERNING EQUITY SECURITY HOLDERS

The debtor and debtor in possession (the "Debtor") in the above-captioned case,

hereby certifies under penalty of perjury that the *List of Equity Security Holders* of the Debtor

submitted herewith, pursuant to Local Rule 1007-1 (a) of the Bankruptcy Court for the District of

Delaware, is complete and to the best of the Debtor's knowledge correct and consistent with

Debtor's books and records.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 15, 2011

_Michael El-Hillow_
Michael El-Hillow
President and Chief Executive Officer

---

[1]      The last four digits of the Debtor's federal tax identification number are 2254. The Debtor's mailing address is 138 Bartlett Street, Marlboro, MA 01752.