# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EVERGREEN SOLAR, INC., | ) | Case No. 11- 12590 (MFW) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE THAT** U.S. Bank National Association, in its capacity as Indenture Trustee, hereby appears in the above-captioned case by its counsel, Maslon Edelman Borman & Brand, LLP and local counsel, Dorsey & Whitney (Delaware) LLP, and such counsel hereby enter their appearance pursuant to 11 U.S.C. § 1109(b) and Fed. R. Bankr. P. 9010(b), and such counsel hereby request, pursuant to Fed. R. Bankr. P. 2002, 3017 and 9007, Del. Bankr. L.R. 2002-1, and 11 U.S.C. §§ 342 and 1109(b), that copies of all notices and pleadings given or filed in this case be given and served upon them at the following addresses, and facsimile and telephone numbers:

| Local Counsel | Co-Counsel |
|---|---|
| Eric Lopez Schnabel, Esq. | Clark T. Whitmore, Esq. |
| Robert W. Mallard, Esq. | Kesha L. Tanabe, Esq. |
| Dorsey & Whitney (Delaware) LLP | Maslon Edelman Borman & Brand, LLP |
| 300 Delaware Avenue, Suite 1010 | 3300 Wells Fargo Center |
| Wilmington, DE 19801 | 90 South Seventh Street |
| Telephone:  302-425-7171 | Minneapolis, MN  55402 |
| Facsimile:  302-425-7177 | Telephone: (612) 672-8200 |
| E-mail:  de.ecf@dorsey.com | Facsimile:   (612) 642-8342 |
| | E-mail:  clark.whitmore@maslon.com |
| | Email:  kesha.tanabe@maslon.com |

**PLEASE TAKE FURTHER NOTICE THAT,** pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, e-mail, telephone, telecopy or otherwise filed or made with regard to the above-referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE THAT** neither this Notice of Appearance, nor any former or later appearance, pleading, claim or suit shall constitute a consent to jurisdiction, nor shall it waive (1) U.S. Bank's right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) U.S. Bank's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) U.S. Bank's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, including defenses to jurisdiction, setoffs, or recoupments to which U.S. Bank may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments U.S. Bank expressly reserves.

| | |
|---|---|
| Dated: August 16, 2011 | **DORSEY & WHITNEY (DELAWARE) LLP** |

By:    /s/ Robert W. Mallard
       Eric Lopez Schnabel, Esq.
       Robert W. Mallard, Esq.
       300 Delaware Avenue, Suite 1010
       Wilmington, DE 19801
       Telephone:  302-425-7171
       Facsimile:  302-425-7177
       E-mail:  schnabel.eric@dorsey.com
       E-mail:  mallard.robert@dorsey.com

-and-

**MASLON EDELMAN BORMAN & BRAND, LLP**

Clark T. Whitmore (MN #181699)
Kesha L. Tanabe (NY # 4369112)
90 S. Seventh Street, Suite 3300
Minneapolis, MN 55402-4140
Telephone:     612-672-8335
Facsimile:      612-642-8335

*Attorneys for U.S. Bank, N.A.,
in its capacity as Indenture Trustee*

828057