UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Evergreen Solar, Inc. | : | Case No. 11-12590 (MFW) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

--------------------------------

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Wells Fargo Bank, N.A.**, Attn: James Lewis, Esq., 45 Broadway, 12th Floor, New York, NY 10006, Phone: 212-515-5258, Fax: 866-524-4681

2. **Computershare Trust Company, NA**, Attn: John M. Wahl, 350 Indiana Street, Suite 650, Golden, CO 80401, Phone: 303-262-0707, Fax: 303-262-0608

3. **Trishield Capital Managment**, Attn: Jeff Buick, 230 Park Avenue, 10th Floor, New York, NY 10169, Phone: 646-867-1875, Fax: 646-304-3195

4. **Palo Alto Investors, LLC**, Attn: David Horning, 470 University Avenue, Palo Alto, CA 94301, Phone: 650-325-0772, Fax: 650-325-5028

5. **Capital Ventures International c/o Susquehanna International Group LLP**, Attn: Todd Silverberg, 401 City Avenue, Suite 220, Bala Cynwyd, PA 19004, Phone: 610-747-1724, Fax: 610-747-2081

6. **Praxair, Inc.**, Attn: Jeffrey Weiss, Esq., 39 Old Ridgebury Road, Danbury, CT 06810, Phone: 203-887-2104

7. **Global Telecom & Technology**, Attn: Chris McKee, 8484 Westpark Drive, Suite 720, McLean, VA 22102, Phone: 703-442-5508, Fax: 709-442-5595

                                                ROBERTA A. DEANGELIS
                                                United States Trustee, Region 3


                                                /s/ David Klauder, for
                                                T. PATRICK TINKER
                                                ASSISTANT UNITED STATES TRUSTEE

DATED: August 26, 2011

Attorney assigned to this Case: David Klauder ,Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Laura Davis Jones, Esquire, Phone: (302) 652-4100, Fax: (302) 652-4400