**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| EVERGREEN SOLAR, INC., | : | Case No. 11-12590 (MFW) |
| | : | |
| Debtor. | : | Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PLEADINGS**

**PLEASE TAKE NOTICE** that Kramer Levin Naftalis & Frankel LLP ("Kramer Levin") and Pepper Hamilton LLP ("Pepper") as counsel, hereby enter their appearance on behalf of the Official Committee of Unsecured Creditors (the "Committee") in this chapter 11 case. Pursuant to §1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), Kramer Levin and Pepper request that all notices given or required to be given in the above-captioned case, and all papers served or required to be served, be given and served upon Kramer Levin and Pepper at the offices, addresses, telephone and facsimile numbers set forth below and that the following names be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as set forth below:

| | |
|---|---|
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | PEPPER HAMILTON LLP |
| Thomas M. Mayer, Esq. | David B. Stratton, Esq. |
| Douglas Mannal, Esq. | Donald J. Detweiler, Esq. |
| Elan M. Daniels, Esq. | Evelyn J. Meltzer, Esq. |
| Rachel Ringer, Esq. | Michael J. Custer, Esq. |
| 1177 Avenue of the Americas | Hercules Plaza, Suite 5100 |
| New York, NY 10036 | 1313 Market Street |
| Telephone: (212) 715-9100 | P.O. Box 1709 |
| Facsimile: (212) 715-8000 | Wilmington, DE 19899-1709 |
| Email: tmayer@kramerlevin.com, | Telephone: (302) 777-6500 |
| dmannal@kramerlevin.com, | Facsimile: (302) 421-8390 |
| edaniels@kramerlevin.com, | Email: strattond@pepperlaw.com, |
| rringer@kramerlevin.com | detweilerj@pepperlaw.com, |
| | meltzere@pepperlaw.com, |
| | custerm@pepperlaw.com |

#14811431 v1

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise, that: (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, with respect to: (a) the above-captioned debtors (the "Debtors"); (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use; or (2) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of the Committee (1) to have final orders in non-core matters entered only after *de novo* review by a district court judge; (2) to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (3) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs or recoupments to which the Committee is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

| | |
|---|---|
| Dated: August 30, 2011<br>Wilmington, Delaware | Respectfully submitted,<br><br>PEPPER HAMILTON LLP<br><br>By: /s/ Donald J. Detweiler<br>David B. Stratton (DE No. 960)<br>Donald J. Detweiler (DE No. 3087)<br>Evelyn J. Meltzer (DE No. 4581)<br>Michael J. Custer (DE No. 4843)<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>Telephone: (302) 777-6500<br>Facsimile: (302) 421-8390<br><br>-and-<br><br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>Thomas M. Mayer, Esq.<br>Douglas Mannal, Esq.<br>Elan M. Daniels, Esq.<br>Rachel Ringer, Esq.<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 715-9100<br>Facsimile: (212) 715-8000<br><br>*Counsel to the Official Committee<br> of Unsecured Creditors* |