IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EVERGREEN SOLAR, INC.[1] | ) | Case No. 11-12590 (MFW) |
| | ) | |
| Debtor. | ) | **Related Docket No. 13** |

**CERTIFICATION OF COUNSEL REGARDING
ORDER: (A) AUTHORIZING DEBTOR'S ENTRY INTO ASSET PURCHASE
AGREEMENT; (B) AUTHORIZING AND APPROVING THE BIDDING PROCEDURES
AND TRANSACTION EXPENSE REIMBURSEMENT; (C) APPROVING THE NOTICE
PROCEDURES AND THE ASSUMPTION AND ASSIGNMENT PROCEDURES; AND
(D) SETTING A DATE FOR THE SALE HEARING**

The undersigned hereby certifies the following:

1. On August 15, 2011, the above-captioned debtor and debtor in possession (the "Debtor"), filed the *Debtor's Motion for Orders (I)(A) Authorizing Debtors Entry into the Stalking Horse Asset Sale Agreement, (B) Authorizing and Approving the Bidding Procedures and Transaction Expense Reimbursement (C) Approving the Notice Procedures and the Assumption and Assignment Procedures, and (D) Setting a Date for the Sale Hearing, and (II) Authorizing and Approving (A) the Sale of Substantially All of Debtors Assets Free and Clear of All Liens, Claims and Encumbrances and (B) the Assumption and Assignment of Certain Executory Contracts* (the "Motion") [Docket No. 13].

2. On September 6, 2011, the Court held a hearing on the Motion. In response to comments from the Court and other parties at the hearing, including the Committee and

---

[1] The last four digits of the Debtor's federal tax identification number are 2254. The Debtor's mailing address is 138 Bartlett Street, Marlboro, MA 01752.

Supporting Noteholders, the Debtor has negotiated a revised proposed *Order (A) Authorizing Debtors Entry into the Stalking Horse Asset Sale Agreement, (B) Authorizing and Approving the Bidding Procedures and Transaction Expense Reimbursement (C) Approving the Notice Procedures and the Assumption and Assignment Procedures, and (D) Setting a Date for the Sale Hearing* (the "Proposed Order") which is attached hereto as <u>Exhibit A</u>.

3. A blacklined copy of the Proposed Order is attached hereto as <u>Exhibit B</u> showing changes made from the order attached to the Motion.

4. In connection with the Proposed Order, the Debtor has also negotiated with the Committee and Supporting Noteholders a First Amendment to the Asset Purchase Agreement, which is attached hereto as <u>Exhibit C</u>.

5. Accordingly, the Debtor respectfully requests entry of the Proposed Order attached hereto as <u>Exhibit A</u> at the Court's earliest convenience.

*[Remainder of page intentionally left blank]*

| | |
|---|---|
| Dated: September 8, 2011 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>/s/ Peter J. Keane<br>―――――――――――――――――――<br>Laura Davis Jones (Bar No. 2436)<br>Timothy P. Cairns (Bar No. 4228)<br>Peter J. Keane (Bar No. 5503)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>E-mail: ljones@pszjlaw.com<br>  tcairns@pszjlaw.com<br>  pkeane@pszjlaw.com<br><br>-and-<br><br>BINGHAM MCCUTCHEN LLP<br>Ronald J. Silverman (admitted *pro hac vice*)<br>Scott K. Seamon (admitted *pro hac vice*)<br>399 Park Avenue<br>New York, NY 10022-4689<br>Telephone: (212) 705-7868<br>Facsimile: (212) 508-1407<br>E-mail: ronald.silverman@bingham.com<br>  scott.seamon@bingham.com<br><br>Counsel to Debtor and Debtor in Possession |