# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| EVERGREEN SOLAR, INC., | ) | |
| | ) | |
| Debtor. | ) | Case No. 11- 12590 (MFW) |
| | ) | |

## VERIFIED STATEMENT OF INDENTURE
## TRUSTEE UNDE RULE 2019

U.S. Bank National Association acts as indenture and collateral trustee (in such capacity, "U.S. Bank" or the "Trustee") for the 13% Convertible Senior Secured Notes due 2015 (the "Notes") issued by Evergreen Solar, Inc. ("Evergreen") pursuant to an indenture dated as of April 26, 2010, by and among U.S. Bank, as Trustee, Evergreen, as Issuer, and the Guarantor parties named therein (the "Indenture"). Capitalized terms used hereinafter and not otherwise defined shall have the meanings assigned to such terms in the Indenture.

Pursuant to Bankruptcy Rule 2019, U.S. Bank, under oath, states as follows:

1. U.S. Bank has acted as the indenture trustee under the terms of the Indenture since April 26, 2010.

2. Attached as Exhibit A hereto and made a part hereof is a copy of the Indenture, under which U.S. Bank is empowered to act on behalf of all Noteholders.

3. As of August 15, 2011 (the "Petition Date"), the unpaid principal balance on the Notes covered by the Indenture was $165,000,000, plus accrued and unpaid interest of $7,150,000 together with any other amounts owing under the terms of the Indenture.

4. As of the Petition Date and U.S. Bank's appearance herein, U.S. Bank did not own any claims or equity securities of the Debtor except for the claim pursuant to the Indenture.

VERIFIED this 29th day of August, 2011.

                                  U.S. BANK NATIONAL ASSOCIATION,
                                  as Indenture Trustee

                                  By:    Charles S. Hodges
                                  Its:    Vice President