IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

―――――――――――――――――――――― x
In re:                              : Chapter 11
                                    :
EVERGREEN SOLAR, INC.               : Case No. 11-12590 (MFW)
                                    :
                                    :
                                    : Objections Due: October 20, 2011 at 4:00 pm
           Debtor.                  : Hearing Date: November 4, 2011 at 9:30 a.m.
                                    :
―――――――――――――――――――――― x

**OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE DEBTOR'S MOTION FOR ORDERS (I)(A) AUTHORIZING DEBTOR'S ENTRY INTO THE STALKING HORSE ASSET SALE AGREEMENT, (B) AUTHORIZING AND APPROVING THE BIDDING PROCEDURES AND TRANSACTION EXPENSE REIMBURSEMENT (C) APPROVING THE NOTICE PROCEDURES AND THE ASSUMPTION AND ASSIGNMENT PROCEDURES, AND (D) SETTING A DATE FOR THE SALE HEARING, AND (II) AUTHORIZING AND APPROVING (A) THE SALE OF SUBSTANTIALLY ALL OF DEBTOR'S ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES AND (B) THE ASSUMPTION AND <u>ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS</u>**

# FILED UNDER SEAL

This document has been filed under seal pursuant to the relief requested in the *Motion of the Official Committee of Unsecured Creditors to File Under Seal the Unredacted Versions of the: Objection of the Official Committee of Unsecured Creditors to the Debtor's Motion for Orders (I)(A) Authorizing Debtor's entry into the Stalking Horse Asset Sale Agreement, (B) Authorizing and Approving the Bidding Procedures and Transaction Expense Reimbursement (C) Approving the notice Procedures and the Assumption and Assignment Procedures, and (D) Setting a Date for the Sale Hearing, and (II) Authorizing and Approving (A)*

#15072693 v1

*the Sale of Substantially All of Debtor's Assets Free and Clear of All Liens, Claims and Encumbrances, and (B) the Assumption and Assignment of Certain Executory Contracts.*

| | |
|---|---|
| Dated: October 20, 2011<br>Wilmington, DE | Respectfully submitted,<br><br>PEPPER HAMILTON LLP<br><br>/s/ Evelyn J. Meltzer<br>David B. Stratton (DE No. 960)<br>Donald J. Detweiler (DE No. 3087)<br>Evelyn J. Meltzer (DE No. 4581)<br>Michael J. Custer (DE No. 4843)<br>1313 Market Street, P.O. Box 1709<br>Wilmington, DE 19899-1709<br>Telephone: (302) 777-6500<br>Facsimile: (302) 421-8390<br><br>-and-<br><br>Thomas Moers Mayer, Esq.<br>Douglas Mannal, Esq.<br>Elan M. Daniels, Esq.<br>Rachel Ringer, Esq.<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 715-9100<br>Facsimile: (212) 715-8000<br><br>*Counsel to the Official Committee of Unsecured Creditors* |