## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Evergreen Solar, Inc. | Case No. 11-12590 (MFW) |
| Debtor. | Jointly Administered |
| | **Related Docket No.:** 437, 438, 439 |

**ORDER GRANTING MOTION TO SHORTEN TIME FOR NOTICE AND RESPONSE TO MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO FILE UNDER SEAL THE UNREDACTED VERSION OF THE SUPPLEMENTAL OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE DEBTOR'S MOTION FOR ORDERS (I)(A) AUTHORIZING DEBTOR'S ENTRY INTO THE STALKING HORSE ASSET SALE AGREEMENT, (B) AUTHORIZING AND APPROVING THE BIDDING PROCEDURES AND TRANSACTION EXPENSE REIMBURSEMENT, (C) APPROVING THE NOTICE PROCEDURES AND THE ASSUMPTION AND ASSIGNMENT PROCEDURES, AND (D) SETTING A DATE FOR THE SALE HEARING, AND (II) AUTHORIZING AND APPROVING (A) THE SALE OF SUBSTANTIALLY ALL OF DEBTOR'S ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES, AND (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS**

Upon consideration of the Motion to Shorten (the "Motion to Shorten") the Time for Notice and Response to the Motion of the Official Committee of Unsecured Creditors to File Under Seal (the "Motion to Seal") the Unredacted Version of the *Supplemental Objection of the Official Committee of Unsecured Creditors to the Debtor's Motion for Orders (I)(A) Authorizing Debtor's entry into the Stalking Horse Asset Sale Agreement, (B) Authorizing and Approving the Bidding Procedures and Transaction Expense Reimbursement (C) Approving the notice Procedures and the Assumption and Assignment Procedures, and (D) Setting a Date for the Sale Hearing, and (II) Authorizing and Approving (A) the Sale of Substantially All of Debtor's Assets Free and Clear of All Liens, Claims and Encumbrances, and (B) the Assumption and Assignment of Certain Executory Contracts,* the Court having determined that the relief requested in the

Motion to Shorten is appropriate; and it appearing that notice of the Motion to Shorten was sufficient under the circumstances; and upon the record herein; and after due diligence thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED.

2. A hearing on the Motion to Seal will take place on November 10, 2011 at 1:00 pm.

3. Objections to the Motion to Seal are due at the time of the hearing.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this Order.

Dated: 11\9\11
Wilmington, DE

THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

#15073078 v2